IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jonathan M. Phelan | : | Bankruptcy No. 17-10526-TPA |
| Debtor | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 6-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |
| | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                  2001 Western Ave,
                  Suite 400
                  Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                  10700 Abbott's Bridge Road, Suite 170
                  Duluth, GA  30097
                  Phone: 470-321-7112
                  (Payments) Consumer Payment Processing
                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                  PO Box 272310
                  Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

                                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                              Attorney for Secured Creditor
                                              10700 Abbott's Bridge Rd., Suite 170
                                              Duluth, GA  30097
                                              Telephone: (470) 321-7112
                                              By: <u>/s/ Charles G. Wohlrab</u>
                                              Charles G. Wohlrab, Esquire
                                              PA Bar Number  314532
                                              Email: cwohlrab@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jonathan M. Phelan
10407 Hemingway Court
Las Vegas, NV 89149

And via electronic mail to:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200 Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By:/s/Tan-Asia D. Council