IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jonathan M. Phelan | : | Bankruptcy No. 17-10526-TPA |
| Debtor | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 4-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |
| | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
        2001 Western Ave,
        Suite 400
        Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA  30097
        Phone: 470-321-7112
        (Payments) Consumer Payment Processing
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        PO Box 272310
        Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

                          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                          Attorney for Secured Creditor
                          10700 Abbott's Bridge Rd., Suite 170
                          Duluth, GA  30097
                          Telephone: (470) 321-7112
                          By: /s/ Charles G. Wohlrab
                          Charles G. Wohlrab, Esquire
                          PA Bar Number  314532
                          Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jonathan M. Phelan
10407 Hemingway Court
Las Vegas, NV 89149

And via electronic mail to:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200 Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By:/s/Tan-Asia D. Council