IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Jonathan M. Phelan | : | Bankruptcy No.  17-10526-TPA |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Document No. 9 |
| Movant      USAA Federal Savings Bank | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                      2001 Western Ave,
                      Suite 400
                      Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                      10700 Abbott's Bridge Road, Suite 170
                      Duluth, GA  30097
                      Phone: 470-321-7112
                      Credit Card Payment Processing- USAA Federal Saving Bank
                      c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                      PO Box 272410
                      Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 12/02/2021

                                    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                    Attorney for Secured Creditor
                                    10700 Abbott's Bridge Rd., Suite 170
                                    Duluth, GA  30097
                                    Telephone: (470) 321-7112
                                    By: /s/ Charles G. Wohlrab
                                    Charles G. Wohlrab, Esquire
                                    PA Bar Number  314532
                                    Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jonathan M. Phelan
10407 Hemingway Court
Las Vegas, NV 89149

And via electronic mail to:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Ranesha Straker
_____