IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  JONATHAN M PHELAN | : | Bankruptcy No. 1-17-BK-10526 |
| | : | Chapter  13 |
| Debtor | : | |
| | : | |
| | : | Claim No.  8 |
| Movant SOFI LENDING CORP | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Creditor Name:   SOFI LENDING CORP

   Incorrect Address:   BLDG A SUITE 4700
                               1 LETTERMAN DR
                               SAN FRANCISCO CA 94129-1494

Corrected Address:

   Creditor Name:   SOFI LENDING CORP C/O Resurgent Capital Services

   Correct Address:   PO Box 10587
                             Greenville SC 29603-0587

Dated   6/7/2022

                                                               Signature of Creditor
                                                               /s/ Darla Gein

                                                               Typed Name
                                                               Darla Gein

                                                               Address
                                                               PO Box 10587
                                                               Greenville SC 29603-0587

                                                               Phone No.
                                                               (877) 264-5884

FILED 22 JUN 21 AM 11:47 CLERK U.S. BANKRUPTCY COURT - ERIE