## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   JONATHAN M PHELAN                    :   Bankruptcy No. 1-17-BK-10526
                                              :   Chapter          13
                        Debtor                :
                                              :
                                              :   Claim No.        8
Movant  SOFI LENDING CORP                     :
                                              :
              v.                              :
                                              :
                                              :
Respondent (if none, then "No Respondent")    :
        No Respondent

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    SOFI LENDING CORP

    Incorrect Address:  BLDG A SUITE 4700
                         1 LETTERMAN DR
                         SAN FRANCISCO CA 94129-1494

Corrected Address:

    Creditor Name:    SOFI LENDING CORP C/O Resurgent Capital Services

    Correct Address:  PO Box 10587
                    Greenville SC 29603-0587

Dated    6/7/2022

                                          Signature of Creditor
                                        /s/ Darla Gein

                                        Typed Name
                                        Darla Gein

                                        Address
                                        PO Box 10587
                                        Greenville SC 29603-0587

                                        Phone No.
                                        (877) 264-5884