**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-10526-TPA |
| | ) | |
| Jonathan M. Phelan, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 27, 2022, at 10:00 a.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Jonathan M. Phelan.

2. This is an interim application for the period May 19, 2020 through June 22, 2022.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $ 6,084.25

5. Applicant requests additional:
   Compensation of $2,600.00
   Reimbursement of Expenses of $15.75

6. **A Zoom Video Conference Hearing** will be held on July 27, 2022, at 10:00 a.m. before Judge Thomas P. Agresti via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-inCharge, at 814-464-9760. **All attorneys and Parties may only appear by Zoom** and must comply with Judge Agresti's **Updated Notice of Temporary Modification of Appearance Procedures**, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before <u>July 9, 2022</u>, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>June 22, 2022</u>

<u>/s/Brian C. Thompson</u>
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com
