# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jonathan M. Phelan, | : | Bankruptcy Case No.: 17-10526-TPA |
| Debtor. | : | Chapter 13 |
| Thompson Law Group, P.C., | : | Document No.: |
| Applicant, | : | Related to Document No.: 89, 90 |
| v. | : | |
| No Respondent, | : | **Hearing Date and Time:** July 27, 2022 at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on June 22, 2022 at Document No. 89 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 90, Objections were to be filed and served no later than July 9, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 89 be entered by the Court.

Date: July 11, 2022

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com