## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jonathan M. Phelan, | : | Bankruptcy Case No.: 17-10526-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jonathan M. Phelan, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 94 |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On ___July 25, 2022___ at docket number __94__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor: *Jonathan M. Phelan.* Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 25, 2022                    /s/ ID u5yBSB3PAsZTdo9biwuXFdMq
                                          Jonathan M. Phelan, Debtor


                                          Respectfully submitted,

Dated: August 25, 2022                    /s/Brian C. Thompson
                                          Brian C. Thompson, Esquire
                                          PA ID: 91197
                                          Thompson Law Group, P.C.
                                          125 Warrendale Bayne Road, Suite 200
                                          Warrendale, PA 15086

(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**         **u5yBSB3PAsZTdo9biwuXFdMq**
Signed by:            Jonathan Phelan
Sent to email:        Jon.Deana.Phelan@gmail.com
IP Address:           70.180.140.50
Signed at:            Aug 25 2022, 10:59 am EDT