**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JONATHAN M. PHELAN

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
      vs.
No Respondents.

Case No.:17-10526 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/18/2017 and confirmed on 9/5/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,284.00 |
| Less Refunds to Debtor | 2,602.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,681.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,200.00 | |
|   Trustee Fee | 5,425.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,625.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 71,876.00 | 0.00 | 71,876.00 |
|     Acct: 4886 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 327.34 | 327.34 | 0.00 | 327.34 |
|     Acct: 4886 | | | | |
|   ALLY BANK(*) | 0.00 | 28,617.34 | 0.00 | 28,617.34 |
|     Acct: 3201 | | | | |
| | | | | 100,820.68 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN M. PHELAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN M. PHELAN | 2,033.00 | 2,033.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN M. PHELAN | 569.16 | 569.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 2,084.25 | 2,084.25 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX1/20 | | | | |
|   THOMPSON LAW GROUP PC | 2,615.75 | 2,615.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX2/22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2442 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4678 | | | | |
|   NORTHWEST SAVINGS BANK** | 15,263.60 | 305.27 | 0.00 | 305.27 |
|     Acct: 5499 | | | | |
|   NORTHWEST SAVINGS BANK** | 21,083.91 | 421.68 | 0.00 | 421.68 |
|     Acct: 1857 | | | | |
|   SOFI LENDING CORP | 48,920.58 | 978.41 | 0.00 | 978.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5577 | | | | |
|   USAA FEDERAL SAVINGS BANK | 14,221.62 | 284.43 | 0.00 | 284.43 |
| Acct: 6593 | | | | |
|   USAA FEDERAL SAVINGS BANK | 20,384.89 | 407.70 | 0.00 | 407.70 |
| Acct: 5806 | | | | |
|   USAA FEDERAL SAVINGS BANK | 20,671.67 | 413.43 | 0.00 | 413.43 |
| Acct: 9686 | | | | |
|   INFIRST FEDERAL CREDIT UNION | 21,230.26 | 424.61 | 0.00 | 424.61 |
| Acct: 8271 | | | | |
|   DEANA PHELAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | 3,235.53 |

**TOTAL PAID TO CREDITORS**                                                                    104,056.21

TOTAL CLAIMED
PRIORITY              0.00
SECURED             327.34
UNSECURED       161,776.53

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JONATHAN M. PHELAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10526 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10526-TPA |
| Jonathan M. Phelan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan M. Phelan, 10407 Hemingway Court, Las Vegas, NV 89149-1210 |
| 14687306 | | Court of Common Pleas of Mercer County, Mercer County Courthouse, North Diamond Street, Mercer, PA 16137 |
| 14687307 | + | Infirst Federal Credit Union f/k/a Narfe, 6462 Little River Turnpike, Alexandria, VA 22312-1411 |
| 14521278 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 14521277 | + | Northwest Savings Bank, 100 Liberty St, PO Box 788, Warren, PA 16365-0788 |
| 14687308 | + | Silverman Theologou, LLP, Douglas Blecki, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 24 2022 23:53:39 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 23:54:32 | SOFI LENDING CORP c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 24 2022 23:50:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14641123 | | Email/Text: ally@ebn.phinsolutions.com | Aug 24 2022 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14521272 | | Email/Text: ally@ebn.phinsolutions.com | Aug 24 2022 23:49:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14521273 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 24 2022 23:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14685539 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 24 2022 23:49:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14521276 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 24 2022 23:49:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14521274 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2022 23:53:54 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14521279 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 23:54:32 | SoFi Lending Corp, c/o Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 14521280 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 24 2022 23:49:00 | USAA Credit Cards, 10750 McDermott Fwy, San |

Case 17-10526-TPA    Doc 102    Filed 08/26/22    Entered 08/27/22 00:24:26    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Antonio, TX 78288-1600 |
| 14652889 | + Email/Text: RASEBN@raslg.com | Aug 24 2022 23:49:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14521281 | Email/Text: bkelectronicnotices@usaa.com | Aug 24 2022 23:49:00 | USAA Federal Savings Bank, PO Box 47504, San Antonio, TX 78265 |
| 14707819 | + Email/Text: RASEBN@raslg.com | Aug 24 2022 23:49:00 | USAA SAVINGS BANK, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14521275 | ##+ | Deana Phelan, 492 N Liberty Road, Grove City, PA 16127-3834 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
            on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
            on behalf of Debtor Jonathan M. Phelan bthompson@ThompsonAttorney.com
            blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Charles Griffin Wohlrab
            on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

Lois M. Vitti
            on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com

Mario J. Hanyon
            on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 20 |

Thomas Song
                          on behalf of Creditor Freedom Mortgage Corporation thomas.song@phelanhallinan.com

TOTAL: 8